Compiler of Law / Territorial Library

**IN THE SUPERIOR COURT OF GUAM**

THE PEOPLE OF GUAM,                    )
                                       )    **CRIMINAL CASE NO. CF0474-02**
                                       )
                                       )    **DECISION AND ORDER**
          vs.                          )
                                       )
RUDOLFO CRUZ, JR.,                     )
                                       )
          Defendant.                   )
                                       )
_____)

## INTRODUCTION

This matter came before the Honorable Judge Steven S. Unpingco on the Defendant's Motion for Leave of Court to File Motion to Dismiss, filed December 2, 2008. Oral arguments were heard on January 5, 2009. Alternate Public Defender Anna Marie Gayle appeared on behalf of the Defendant and Assistant Attorney General Kimberli Raines appeared on behalf of the Government. Having considered the parties' briefs, oral arguments, and the applicable law, the Court now issues the following Decision and Order.

## BACKGROUND

On October 18, 2002, the Defendant allegedly robbed a sales clerk. The following day, the Defendant was detained and charged before the Hon. Judge Elizabeth Barrett Anderson. On October 23, 2002, the Defendant appeared at a preliminary hearing before the Hon. Judge Alberto C. Lamorena III. The Court dismissed the case for want of an indictment, ordered the Government to prepare the dismissal order, and wrote "dismiss without prejudice, released defendant" in the minutes. The Defendant was subsequently released. Instead of filing the dismissal order, the Government convened a Grand Jury who returned an indictment, filed October 29, 2002. The indictment was filed with the same case number, "CF0474-02", as the case number that was dismissed on October 23. Judge Lamorena signed the summons for an arraignment on November 13, 2002. The case proceeded as "CF0474-02" without objection.

On June 17, 2008, the Court entered a Scheduling Order and set July 22, 2008, as the final cut-off date for pretrial motions. The present motion before the Court was filed December 2, 2008. Defendant argues that this case was technically dismissed on October 23, 2002, and because the case moved forward under the same file number in error, the proceedings are void and must be dismissed.

## DISCUSSION

At the outset, the Court notes that the Defendant's motion is untimely and should likely be denied on this basis. *See* People v. Ngirmekur, Criminal Case No. 0532-06 *Decision and Order for Late Motions* (Nov. 19, 2008); *and* Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 610 (9th Cir. 1992).

Furthermore, the Defendant admits that there is no basis in law for his argument that an incorrect file number is an error that warrants dismissal. While it may be prudent to bring this issue to the Court's attention, an incorrect file number does not affect either party's rights or remedies. The Defendant was correctly indicted within all applicable statutes of limitation, and there are no allegations of prosecutorial harassment in this matter. *See* People v. Gutierrez, 2005 Guam 19 ¶ 48-50; 2005 WL 3057776 (Sup. Ct. Guam 2005). Therefore, the Government's failure to file a dismissal order and the technical error of filing anew under a dismissed case number is clearly de minimis.

///

///

///

## CONCLUSION

Based upon the foregoing, the Defendant's Motion for Leave of Court to File Motion to Dismiss is hereby DENIED.

**SO ORDERED this** 21 **day of January, 2009.**

Original Signed by:

HON. STEVEN S. UNPINGCO

**HONORABLE STEVEN S. UNPINGCO**
**Judge, Superior Court of Guam**